**RAÚL R. LABRADOR**
**ATTORNEY GENERAL**

**MICHAEL J. KANE**
**SPECIAL DEPUTY ATTORNEY GENERAL**
**MICHAEL KANE & ASSOCIATES, PLLC**
702 W. Idaho St., Suite 1100
Post Office Box 2865 (83701)
Boise, Idaho 83702
Telephone: (208) 342-4545
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR IDAHO STATE DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ESTATE OF ROBERT THOMAS SEQUINTS, by and through its personal representative, XAVIER T. SEQUINTS; S.S., D.S., and J.S., minor children, by and through their guardian BRENT SEQUINTS, SR.; and BRENT SEQUINTS, SR., Plaintiffs, | Case No. 1:24-cv-00271-CWD |
| vs. | NOTICE OF APPEARANCE ON BEHALF OF IDAHO STATE DEFENDANTS |
| MIGUEL RIVERA, JR., in his individual capacity; IDAHO STATE POLICE, an Administrative Agency of the State of Idaho; STEVEN DAVIS and MATT SMITH, in their individual capacities; and JOHN/JANE DOES 1-10, other law enforcement officers whose true names are unknown, in their individual capacities, Defendants. | |

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the undersigned hereby appears pursuant to the attached letter of appointment as Special Deputy Attorney General for Defendants, MIGUEL RIVERA JR, STEVEN DAVIS, MATT SMITH and the IDAHO STATE POLICE (collectively "Idaho State Defendants"), in the above-entitled action.

DATED this 16th day of July, 2024.

MICHAEL KANE & ASSOCIATES, PLLC

BY: */s/ Michael J. Kane*
MICHAEL J. KANE
Attorneys for Idaho State Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of July, 2024, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Richard A. Eppink, David DeRoin**
  ritchie@wrest.coop, david@wrest.coop

- **Richard A. Hearn**
  hearn@hearnlawyers.com

- **Michael J. Kane**
  mkane@ktlaw.net, kdelisio@ktlaw.net

*/s/ Michael J. Kane*
MICHAEL J. KANE

**STATE OF IDAHO**

OFFICE OF THE ATTORNEY GENERAL

**RAÚL R. LABRADOR**

April 14, 2023

**SPECIAL DEPUTY ATTORNEY GENERAL APPOINTMENT**

TO WHOM IT MAY CONCERN:

Michael J. Kane of the firm Michael Kane & Associates, PLLC, P.O. Box 2865, Boise, ID 83701-2865, is hereby appointed Special Deputy Attorney General for the purpose of representing the State of Idaho in the matter of Brent Sequints, Sr., Sierra Sequints, Danyka Sequints and James Sequints against the Idaho State Police, resulting from or related to the tort claim filed with the State of Idaho on November 15, 2022, State File No. 2022-0822-001.

This letter of appointment will be included in the files of any court case, hearing, or other matter in which she represents the State of Idaho in this matter. This appointment is effective for the duration of the above-stated matter.

Any courtesies that you can extend to Mr. Kane in his conduct of business for the State of Idaho, as my delegate, will be appreciated.

Sincerely,

Raúl R. Labrador

RAÚL R. LABRADOR
Attorney General

RRL:lg