**RAÚL R. LABRADOR**
**ATTORNEY GENERAL**

**MICHAEL J. KANE**
**SPECIAL DEPUTY ATTORNEY GENERAL**
**MICHAEL KANE & ASSOCIATES, PLLC**
702 W. Idaho St., Suite 1100
Post Office Box 2865 (83701)
Boise, Idaho 83702
Telephone: (208) 342-4545
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR IDAHO STATE DEFENDANTS
    (MIGUEL RIVERA, JR.)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ESTATE OF ROBERT THOMAS SEQUINTS, by and through its personal representative, XAVIER T. SEQUINTS; S.S., D.S., and J.S., minor children, by and through their guardian BRENT SEQUINTS, SR.; and BRENT SEQUINTS, SR., <br><br>    Plaintiffs,<br><br>vs.<br><br>MIGUEL RIVERA, JR., in his individual capacity; IDAHO STATE POLICE, an Administrative Agency of the State of Idaho; STEVEN DAVIS and MATT SMITH, in their individual capacities; and JOHN/JANE DOES 1-10, other law enforcement officers whose true names are unknown, in their individual capacities,<br><br>    Defendants. | Case No. 1:24-cv-00271-DKG<br><br>DEFENDANT MIGUEL RIVERA, JR.'S MOTION TO STRIKE PORTIONS OF THE DECLARATION OF MELINDA L. JORGENSEN, PH.D. (Dkt. 35-7) |

COMES NOW Defendant, MIGUEL RIVERA, JR., by and through his attorney of record, Michael J. Kane of the firm Michael Kane & Associates, PLLC, and hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(f) to strike portions of the Declaration of Melinda L. Jorgensen, Ph.D (Dkt. 35-7).

This motion is based on the files and records maintained herein, along with a Memorandum in Support filed contemporaneously herewith.

DATED this 20th day of February 2026.

                    MICHAEL KANE & ASSOCIATES, PLLC

BY: /s/ *Michael J. Kane*
      MICHAEL J. KANE
      Attorneys for Idaho State Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February, 2026, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Richard A. Eppink**, **David DeRoin, Megan Harrigfeld**
  ritchie@wrest.coop, david@wrest.coop, megan@wrest.coop

- **Richard A. Hearn**
  hearn@hearnlawyers.com; teresa@hearnlawyers.com, zach@hearnlawyers.com, leona@hearnlawyers.com, deeann@hearnlawyers.com]

- **Michael J. Kane**
  mkane@ktlaw.net, kdelisio@ktlaw.net

                    /s/ *Michael J. Kane* .
                    MICHAEL J. KANE