RAÚL R. LABRADOR
ATTORNEY GENERAL

MICHAEL A. ZARIAN, ISB #12418
Solicitor General

Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
michael.zarian@ag.idaho.gov

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

ESTATE OF ROBERT SEQUINTS, by and through its personal representative, XAVIER T. SEQUINTS; S.S., D.S., and J.S., minor children, by and through their guardian BRENT SEQUINTS, SR.; and BRENT SEQUINTS, SR.,

*Plaintiffs*,

v.

MIGUEL RIVERA, JR., in his individual capacity, et al.,

*Defendants*.

Case No. 4:24-cv-00271-DKG

**NOTICE OF APPEARANCE**

NOTICE IS GIVEN that Michael A. Zarian, Solicitor General, appears as attorney of record for Defendants Miguel Rivera, Jr., Steven Davis, Matt Smith, and the Idaho State Police.

All future pleadings, submissions and correspondence should be addressed to Michael A. Zarian as counsel for the above-listed Defendants.

DATED: September 22, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/*Michael A. Zarian*
Michael A. Zarian
Solicitor General

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY THAT on September 22, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

David Amiable DeRoin
Email: david@wrest.coop

Megan Marie Harrigfeld
Email: megan@wrest.coop

Richard Alan Eppink
Email: ritchie@wrest.coop

Richard A Hearn
Email: hearn@hearnlawyers.com

*Attorneys for Plaintiff*

/s/*Michael A. Zarian*
Michael A. Zarian