**RAÚL R. LABRADOR**
**ATTORNEY GENERAL**

**MICHAEL J. KANE**
**SPECIAL DEPUTY ATTORNEY GENERAL**
**MICHAEL KANE & ASSOCIATES, PLLC**
702 W. Idaho St., Suite 1100
Post Office Box 2865 (83701)
Boise, Idaho 83702
Telephone: (208) 342-4545
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR IDAHO STATE DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ESTATE OF ROBERT THOMAS SEQUINTS, by and through its personal representative, XAVIER T. SEQUINTS; S.S., D.S., and J.S., minor children, by and through their guardian BRENT SEQUINTS, SR.; and BRENT SEQUINTS, SR., | Case No. 1:24-cv-00271-DKG |
| Plaintiffs, | NOTICE OF SUBSTITUTION OF COUNSEL |
| vs. | |
| MIGUEL RIVERA, JR., in his individual capacity; IDAHO STATE POLICE, an Administrative Agency of the State of Idaho; STEVEN DAVIS and MATT SMITH, in their individual capacities; and JOHN/JANE DOES 1-10, other law enforcement officers whose true names are unknown, in their individual capacities, | |
| Defendants. | |

PLEASE TAKE NOTICE, that Defendant Miguel Rivera, Jr., pursuant to Federal Rules of Civil Procedure and District of Idaho Loc. Civ. R. 83.6(b), gives notice that Michael J. Kane, of the law firm of Michael Kane & Associates, PLLC, is withdrawing as attorney of record for Defendant Miguel Rivera, Jr. in this action and that Michael A. Zarian, Solicitor General, State of Idaho, is substituting therefor.

DATED this 24th day of September, 2026.

MICHAEL KANE & ASSOCIATES, PLLC

BY: */s/ Michael J. Kane*
MICHAEL J. KANE
Attorneys for Idaho State Defendants/
Miguel Rivera, Jr.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of September, 2026, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Richard A. Eppink, David DeRoin**
  ritchie@wrest.coop, david@wrest.coop, megan@wrest.coop
- **Richard A. Hearn**
  hearn@hearnlawyers.com; teresa@hearnlawyers.com, zach@hearnlawyers.com, leona@hearnlawyers.com, deeann@hearnlawyers.com]
- **Michael J. Kane**
  mkane@ktlaw.net, kdelisio@ktlaw.net

/s/ *Michael J. Kane* .
MICHAEL J. KANE